IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

23-CR-156-JLS-JJM

MARK NASH,

        Defendant.

---

## MOTION TO DISMISS

Pursuant to Federal Rule of Criminal Procedure 48(a), and by leave of the Court endorsed hereon, the United States Attorney for the Western District of New York hereby dismisses the Indictment in this case with prejudice.

                                          MICHAEL DIGIACOMO
                                          United States Attorney

DATED: March 11, 2025
       Buffalo, New York,    BY:   **/s/ DAVID J. RUDROFF**
                                           DAVID J. RUDROFF
                                           Assistant United States Attorney
                                           United States Attorney's Office
                                           Western District of New York
                                           138 Delaware Avenue
                                           Buffalo, New York 14202
                                           716-843-5806
                                           David.Rudroff@usdoj.gov

**IT IS SO ORDERED.**

DATED: March 11, 2025
       Buffalo, New York

                                           HON. JOHN L. SINATRA
                                           UNITED STATES DISTRICT JUDGE